## ROSER v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 6, September Term, 1964.]

*Decided September 24, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post convic-

tion relief is denied for the reasons set out in the opinion of Judge Rutledge in the court below.

*Application denied.*